VELDE, ADMINISTRATOR, LAW ENFORCEMENT
ASSISTANCE ADMINISTRATION, ET AL. *v.* NA-
TIONAL BLACK POLICE ASSN., INC., ET AL.

No. 80–1074.   Argued December 9, 1981—Decided June 30, 1982

*Deputy Solicitor General Geller* argued the cause for peti-
tioners.   With him on the briefs were *Solicitor General Lee,
Acting Solicitor General Wallace, Acting Assistant Attorney
General Schiffer, Peter Buscemi, Robert E. Kopp,* and *Bar-
bara L. Herwig.*

*E. Richard Larson* argued the cause for respondents.
With him on the brief were *Isabelle Katz Pinzler, Bruce J.
Ennis, William L. Robinson,* and *Norman J. Chachkin.*

PER CURIAM.

The judgment is vacated, and the case is remanded to the
United States Court of Appeals for the District of Columbia
Circuit for further consideration in light of *Harlow* v. *Fitz-
gerald,* 457 U. S. 800 (1982).

JUSTICE POWELL and JUSTICE STEVENS took no part in
the consideration or decision of this case.